FILED

2025 Aug-01  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| JOSEPH LEE GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:23-cv-00374-MHH-JHE |
| | ) | |
| RUSS SANDERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

In this action, plaintiff Joseph Lee Goodwin filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). On July 11, 2025, the magistrate judge entered a report in which he recommended, pursuant to 28 U.S.C. § 1915A(b)(2), dismissal with prejudice of Mr. Goodwin's official capacity claims against the defendants for monetary relief because the defendants, in their official capacities, are immune from such relief. (Doc. 15). The magistrate judge recommended dismissal without prejudice of Mr. Goodwin's remaining claims pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. (Doc. 15). The magistrate judge advised Mr. Goodwin of his right to file written objections within 14 days. (Doc. 15). To date, the Court has not received objections.

After consideration of the record in this case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. Consistent with that

recommendation, pursuant to 28 U.S.C. § 1915A(b)(2) and by separate order, the Court will dismiss with prejudice Mr. Goodwin's official capacity claims against the defendants for monetary relief because the defendants are immune from such relief. Pursuant to 28 U.S.C. § 1915A(b)(1), the Court will dismiss Mr. Goodwin's other claims without prejudice for failure to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this August 1, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE